IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL R. MILLER, JR.  :

     v.  :  CIVIL ACTION NO. 02-3395

RAYMOND R. COLLERAN, ET AL.  :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable LINDA K. CARACAPPA, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

civrr