IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL A. MILLER, JR., | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | 02-CV-3395 |
| | : | |
| RAYMOND COLLERAN, et al. | : | |
| Respondents | : | |

**O R D E R**

AND NOW, this 15th day of August, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The District Attorney of Lehigh County shall file a specific and detailed answer within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254, specifically addressing 28 U.S.C. § 2244(d), if applicable, and limited to Petitioner's claims challenging his convictions.

2. The Attorney General of the Commonwealth of Pennsylvania shall file a specific and detailed answer within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254, limited to Petitioner's claim of due process violations by the Pennsylvania Board of Probation and Parole.

3. The Clerk of the Quarter Sessions Court or Office of Judicial Support of Lehigh County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Miller</u>, Court of Common Pleas of Lehigh County, 2607/94, 1623/95, 427 & 428/95, 3229/95 within twenty (20) days of the date of this order.

BY THE COURT:

_____
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE